Amanda F. Benedict SBN: 200291
Law Office of Amanda Benedict
7710 Hazard Center Drive, Suite E104
San Diego, CA 92108
Tel: 760-822-1911
Fax: 760-452-7560
amanda@amandabenedict.com
Attorney for Plaintiff,
LEAH HANRAHAN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH HANRAHAN, individually, and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>STATEWIDE COLLECTION, INC.,<br><br>　　　　　Defendant. | **Case No.: 3:19-cv-00157**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

Upon consideration of the Plaintiff's Motion for Leave to Amend the Complaint, to which no opposition has been filed, and good cause appearing pursuant to Fed. R. Civ. Pro. 15 providing that leave to amend should be freely given by the Court,

IT IS HEREBY ORDERED that the motion is granted.

IT IS FURTHER ORDERED that Plaintiff shall file her amended Complaint within 7 days of this Order.

Dated this __3__ of __June__, 2019.

_/s/ Maxine M. Chesney_
Hon. Maxine Chesney, USDJ

- 1 -