Amanda F. Benedict, Esq. - 200291
Law Office of Amanda Benedict
7710 Hazard Center Drive, Suite E104
San Diego, CA 92108
T: 760-822-1911
amanda@amandabenedict.com

Daniel Zemel, Esq. (*Pro Hac Vice*)
**ZEMEL LAW, LLC**
1373 Broad St. Suite 203C
Clifton, New Jersey 07013
T: (862) 227-3106
F: (973) 282-8603
DZ@zemellawllc.com
Attorneys for Plaintiff,
LEAH HANRAHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LEAH HANRAHAN, individually, and on behalf of others similarly situated, | Case Number: 3:19-cv-00157-RMI |
| Plaintiff, | **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |
| vs. |  |
| STATEWIDE COLLECTION, INC., |  |
| Defendant. |  |

COMES NOW Plaintiff, LEAH HANRAHAN, and hereby accepts Defendant's Offer of Judgment in the amount of $7500 as attached hereto in Exhibit A. In accordance with Defendant's Offer of Judgment, Plaintiff will file a motion for attorney's fees and costs pursuant to 15 USCS § 1692k. Plaintiff requests forty-five (45) days to move for costs and fees on consent.

Date: February 8. 2021

Respectfully Submitted,

/s/*Daniel Zemel*
Daniel Zemel, Esq. (DZ9899)
Elizabeth Apostola (EA0423)
ZEMEL LAW LLC
660 Broadway
Patterson, New Jersey 07514
862-227-3106
dz@zemellawllc.com
ea@zemellawllc.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February 2021 a true and correct copy of the foregoing document was served on Defendant's counsel of record via email.

/s/*Daniel Zemel*
Daniel Zemel, Esq.
**Zemel Law LLC**
660 Broadway