IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH HANRAHAN, individually, and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STATEWIDE COLLECTION, INC.,<br><br>    Defendant. | Case No. 19-cv-00157-MMC<br><br>**JUDGMENT** |

In accordance with the offer of defendant Statewide Collection, Inc. to allow judgment to be taken against it pursuant to Rule 68 of the Federal Rules of Civil Procedure, and the acceptance thereof by plaintiff Leah Hanrahan, said documents filed February 8, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that plaintiff Leah Hanrahan shall have judgment against defendant Statewide Collection, Inc. in the amount of $7,500, exclusive of attorney's fees and costs incurred in this action, which fees and costs shall be determined by the Court upon noticed motion, such motion to be filed no later than March 25, 2021.

**IT IS SO ORDERED.**

Dated: February 8, 2021

MAXINE M. CHESNEY
United States District Judge