IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH HANRAHAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATEWIDE COLLECTION, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-00157-MMC<br><br>**ORDER DENYING AS MOOT MOTION FOR APPEAL RELATED ATTORNEY'S FEES AND COSTS** |

　　　Before the Court is plaintiff Leah Hanrahan's "Motion for Appeal Related Attorney's Fees and Costs," filed October 6, 2022. Subsequent to the filing of said motion, the Ninth Circuit issued an order granting plaintiff the fees she seeks by the instant motion.

　　　Accordingly, the motion is hereby DENIED as moot.

　　　**IT IS SO ORDERED.**

Dated: 10/13/2022

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge