FILED

Jan 05 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH HANRAHAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATEWIDE COLLECTION, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-00157-MMC   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 107 |

　　　　On December 19, 2023, Judgment Creditor Plaintiff filed a motion to order Defendant Debtor Statewide Collection, Inc. ("Statewide") to personally appear in this Court with a completed Statement of Assets, explain why Statewide did not pay the judgment, and answer questions about Statewide's income and assets.  The Court **ORDERS** that Statewide shall personally appear for this judgment debtor exam with a completed Statement of Assets on February 1, 2024 at 10:30 a.m. in this Court located in Courtroom E on the 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

　　　　Should Statewide fail or refuse to appear at the Judgment Debtor Examination, the Northern District of California may adjudicate Statewide guilty of civil contempt and may issue a warrant or seizure order to compel compliance with this Order.

　　　　**IT IS SO ORDERED.**

Dated: 2/5/2024

_____
THOMAS S. HIXSON
United States Magistrate Judge